UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

emoji company GmbH,

Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A,

Defendants.

26-CV-5364 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiff initiated this action on June 25, 2026 and immediately sought an ex parte temporary restraining order against Defendants listed in Schedule A for alleged trademark infringement. ECF Nos. 1 & 6. The Court denied the motion for TRO, finding that Plaintiff had not shown likelihood of success on the merits, or that joinder of 118 defendants was proper. ECF No. 19. In that Order, the Court ordered Plaintiff to file a letter proposing next steps in the litigation. *Id.* Plaintiff filed that letter as ordered on July 6, 2026. ECF No. 20. In the letter, Plaintiff proposed filing a notice of voluntary dismissal without prejudice with respect "to all defendants whose products do not utilize highly similar visual marks or identical product types." *Id.* Plaintiff stated that it would then file a motion for preliminary injunction against the remaining defendants. *Id.* Plaintiff also requested authorization to effectuate alternative service on remaining defendants. *Id.* On July 7, 2026, the Court granted Plaintiff leave to file a motion for preliminary injunction following the voluntary dismissal of the improperly joined parties, and granted the motion for alternative service. ECF No. 21.

Since the Court's July 7 Order—approximately three months ago—Plaintiff has taken no further action in this matter. No defendants have been voluntarily dismissed, no proof of service

has been filed, and no motion for preliminary injunction has been filed. And although the 90-day time limit for service under Rule 4(m) does not apply to service in a foreign country under Rule 4(f), Plaintiff has now had ample time effectuate service on the remaining defendants through the means of alternative authorized by the Court.

By no later than **October 12, 2026**, Plaintiff shall file a notice of voluntary dismissal as to some or all defendants; as to any remaining defendants, Plaintiff shall (1) file proof of service and (2) move for relief or propose next steps in this litigation. Failure to comply with this Order will result in dismissal of the the case for failure to prosecute.

SO ORDERED.

Dated: October 5, 2026
New York, New York

DALE E. HO
United States District Judge